UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br><br>W&K STEEL, LLC,<br><br>DEBTOR. | CASE NO. 11-23355<br>CHAPTER 11 |

## LIST OF 20 LARGEST UNSECURED CREDITORS

Under Federal Rule of Bankruptcy Procedure 1007 (d), debtor W&K Steel, LLC. states that the following are its 20 largest unsecured creditors:

| Creditor | Amount of claim |
|---|---|
| Contractors Steel Co.<br>P.O. Box 3364<br>Livonia, MI 48151-3364 | $250,753.73 |
| Nucor Building Systems<br>305 Industrial Parkway<br>Waterloo, IN 46793 | $158,089.76 |
| Uniserv<br>P.O. Box 76<br>Masury, OH 44438 | $155,783.02 |
| Wheeling Corrugating<br>23648 Network Place<br>Chicago, IL 60673-1236 | $122,000.00 |
| Metals USA<br>81 Century Drive<br>Ambridge, PA 15003 | $118,526.35 |
| Watt, Tieder, Hoffar & Fitzgerald, L.L.P.<br>8405 Greensboro Drive, Suite 100<br>McLean, VA 22102 | $86,682.96 |
| Tri-State Shearing<br>P.O. Box 120-002<br>Brooklyn, NY 11212 | $65,465.32 |
| Young Galvanizing<br>P.O. Box 334<br>Pulaski, PA 16142 | $51,766.27 |
| Vulcraft<br>P.O. Box 822562<br>Philadelphia, PA 19182-2562 | $50,060.00 |

| | |
|---|---|
| W.D. Kerr & Sons<br>21270 Route 19<br>Cranberry Township, PA  16066 | $41,045.00 |
| Youngstown Supply<br>P.O. Box 3467<br>Youngstown, OH  44513 | $39,651.41 |
| Allstates Bonding<br>331 N. Broad St.<br>Lansdale, PA  19446 | $37,328.00 |
| J.H. Construction | $29,600.00 |
| Jackson Welding<br>1421 West Carson Street<br>Pittsburgh, PA  15219 | $24,879.07 |
| JS Detailing | $22,455.00 |
| Allegheny Design<br>102 Leeway Street<br>Morgantown, WV  26505 | $21,230.00 |
| Huntington Retirement<br>10717 Adams St.<br>Holland, MI  49423 | $20,287.97 |
| Craft Fasteners<br>Imperial Business Park<br>304 High Tech Drive<br>Oakdale, PA  15071 | $19,519.35 |
| Anixter-Fasteners<br>1401 Elm St.<br>5th Fl. Lockbox Processing<br>Dallas, TX  75284-3771 | $18,846.38 |
| McJunkens<br>P.O. Box 8346<br>Pittsburgh, PA  15218 | $17,445.00 |

| | |
|---|---|
| Dated:  May 26, 2011 | /s/ Kevin J. McKeon<br>Kevin J. McKeon (PA I.D. 200728)<br><br>WATT, TIEDER, HOFFAR & FITZGERALD, L.L.P.<br>*Attorneys for Debtor*<br>8405 Greensboro Drive, Suite 100<br>McLean, VA  22102<br>Tel:    (703) 749-1000<br>Fax:   (703) 893-8029 |