```
UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA
```

| | |
|---|---|
| In Re: ) | |
| ) | |
| W&K Steel, LLC, ) | Bankruptcy No. 11-23355JKF |
|     Debtor ) | **Docket #13, 18** |
| ) | Chapter 11 |
| W&K Steel, LLC ) | |
|     Movant ) | |
|     v. ) | |
| The Huntington National Bank ) | |
| and Meridian Financial Advisors, ) | |
| Ltd d/b/a The Meridian Group ) | |
|     Respondents ) | |

**Amended Order of Court**
**Regarding the Use of Estate Property**

**And Now,** to-wit, this **1st** day of **June, 2011, It Is Hereby Ordered** that until the conclusion of the hearing on June 7, 2011 at 10:15 a.m., Debtor may use the estate assets in the ordinary course of business subject to the State Court Receivor's approval.

**It Is Further Ordered** that no pre-petition debts may be paid without court approval.

Counsel for Debtor must serve a copy of this order on all parties in interest who do not receive electronic notice and shall file a certificate of service forthwith.

Dated: 6/1/2011
13:20:57

_Judith K. Fitzgerald_
Judith K. Fitzgerald     cjs
Bankruptcy Judge

cc: The Case Administrator electronically mailed a copy of this order to:

    Michael J. Roeschenthaler, Esq.
    McGuireWoods LLP
    625 Liberty Avenue
    23rd Floor.
    Pittsburgh, PA 15222

Office of the United States Trustee
Liberty Center
1001 Liberty Avenue, Suite 960
Pittsburgh, PA 15222

Office of the United States Trustee
Liberty Center
1001 Liberty Avenue, Suite 960
Pittsburgh, PA 15222