UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| IN RE:<br>W&K STEEL, LLC,<br>　　　　Debtor.<br><br>W&K STEEL, LLC,<br>　　　　Movant,<br>v.<br>NO RESPONDENTS,<br>　　　　Respondents. | BANKR. CASE NO.  11-23355<br><br>CHAPTER 11<br><br>Judge Judith K. Fitzgerald<br><br><br>Hearing Date:<br>Hearing Time: |
|---|---|

## **MOTION FOR SUBSTITUTION OF COUNSEL**

AND NOW, comes, W&K Steel, LLC ("Debtor"), and files this Motion for Substitution of Counsel, stating as follows:

1. On June 1, 2011, Michael J. Roeschenthaler entered his appearance as local counsel in this bankruptcy proceeding on behalf of the Debtor by filing an Emergency Motion to Use Property of the Debtor's Bankruptcy Estate [Bankr. Dkt. No. 18].

2. On June 1, 2011, Scott E. Schuster entered his appearance as local counsel in this bankruptcy proceeding on behalf of the Debtor by filing a certificate of service regarding Emergency Motion to Use Property of the Debtor's Bankruptcy Estate [Bankr. Dkt. No. 23].

3. On June 6, 2011, Debtor indicated its desire to replace Messrs. Roeschenthaler and Schuster with Robert O. Lampl as local counsel to the Debtor.

4. Therefore, Messrs. Roeschenthaler and Schuster request that Robert O. Lampl be substituted as local counsel of record for the Debtor in this bankruptcy proceeding.

5. Upon information and belief, Robert O. Lampl consents to the relief sought herein and has agreed to act as local counsel for the Debtor.

WHEREFORE, the undersigned respectfully requests that this Honorable Court enter the attached Order authorizing the substitution of counsel in this case.

Dated: June 6, 2011

Respectfully submitted,

By: */s/ Scott E. Schuster*
Scott E. Schuster, Esq. (Pa. I.D. No 203766)
MCGUIREWOODS LLP
625 Liberty Ave, 23rd Floor
Pittsburgh, PA 15222
Direct Phone: (412) 667-7931
Direct Fax: (412) 667-7963
Email: sschuster@mcguirewoods.com